995 So.2d 1017 (2008)
Joseph R. RAGAN, Appellant,
v.
STATE of Florida, Appellee.
No. 1D08-3901.
District Court of Appeal of Florida, First District.
October 28, 2008.
Rehearing Denied December 9, 2008.
Joseph R. Ragan, pro se, Appellant.
Bill McCollum, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. Godwin v. State, 593 So.2d 211, 212 (Fla.1992).
KAHN, VAN NORTWICK, and PADOVANO, JJ., concur.